■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WILKINS, Appellant. [666 NYS2d 484] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pincus, J.), rendered April 3, 1996, convicting him of assault in the first degree and assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Since the defendant's claim of ineffective assistance of counsel rests on matters dehors the record, the claim may not be raised by direct appeal from the judgment. Rosenblatt, J. P., O'Brien, Thompson, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEVE ZISSOU, on Behalf of FERNANDO GOEZ, Petitioner, v COMMISSIONER OF CORRECTIONS OF THE CITY OF NEW YORK et al., Respondents. [666 NYS2d 494] —Writ of habeas corpus in the nature of an application for bail reduction upon Queens County Indictment No. 11416/97, to release the defendant on his own recognizance, or, in the alternative, to fix bail.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Queens County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Joy, J. P., Krausman, Goldstein and Luciano, JJ., concur.